MAY 24, 1999

No. 98–450. CROMARTIE ET AL. v. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. Appeal from D. C. E. D. N. C. Judgment vacated, and case remanded for further consideration in light of *Hunt* v. *Cromartie*, *ante*, p. 541.

No. 98–981. ATLAS COPCO AB ET AL. v. ALPINE VIEW CO. LTD. ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ruhrgas AG* v. *Marathon Oil Co.*, *ante*, p. 574.

No. D–2073. IN RE DISBARMENT OF NUNES. David Smith Nunes, of Fort Lauderdale, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.